[No. 11574-3-II. Division Two. May 9, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. KENNETH FRANK STEIGER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 87-1-00456-2, Thomas L. Lodge, J., entered November 10, 1989. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Draper, J. Pro Tem.

[No. 12558-7-II. Division Two. May 9, 1990.]

*In the Matter of the Welfare of* A.J.

Appeal from a judgment of the Superior Court for Pierce County, No. 143132, Paul M. Boyle, J. Pro Tem., entered September 7, 1988. *Affirmed* by unpublished per curiam opinion.

[No. 12733-4-II. Division Two. May 10, 1990.]

CHRISTOPHER D. WELCH, *as Personal Representative, Appellant,* v. NED HALL, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 88-2-03410-2, James D. Ladley, J., entered April 19, 1989. *Affirmed* by unpublished opinion per Pearson, J. Pro Tem., concurred in by Petrich, A.C.J., and Worswick, J.